**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1707**

FOREST CAPITAL, LLC,

                Plaintiff - Appellee,

        v.

DAVID PEARSALL,

                Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Senior District Judge.  (1:14-cv-01670-JFM)

Submitted:  April 24, 2017                                    Decided:  May 1, 2017

Before GREGORY, Chief Judge, and WILKINSON and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David Pearsall, Appellant Pro Se.  Jeremy Stuart Friedberg, LEITESS FRIEDBERG PC, Owings Mills, Maryland; Pierce C. Murphy, LEITESS FRIEDBERG PC, Baltimore, Maryland; Jeffrey A. Wurst, RUSKIN MOSCOU FALTISCHEK, PC, Uniondale, New York, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Pearsall seeks to appeal the district court's order granting Forest Capital, LLC's motion for partial summary judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Because Forest Capital's claim for tortious interference with contract remains pending in the district court, the order Pearsall seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and deny as moot Pearsall's motion for summary disposition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*